**UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SMITH DEVELOPMENT INC.** | ) | **Case No. 09-10078-RGM** |
| | ) | **(Chapter 7 converted from Chapter 11)** |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| **RICHARD BARTL, CHAPTER 7 TRUSTEE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Adversary Case No. 10-01072-RGM** |
| vs. | ) | |
| | ) | |
| **HEIDI ELLENBERGER-JONES,** | ) | |
| **WALTER H. ELLENBERGER,** | ) | |
| **BETH ELLENBERGER BRADFORD** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| | ) | |
| **RICHARD BARTL, CHAPTER 7 TRUSTEE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adversary Case No. 10-01073-RGM** |
| | ) | |
| **MEDHI HASHEMINEJAD** | ) | |
| | ) | |
| Defendant. | ) | |

I ASK FOR THIS:
/s/ Martin C. Conway
Martin C. Conway (VSB No. 34334)
PESNER KAWAMOTO CONWAY, PLC
7926 Jones Branch Drive, Suite 930
McLean, VA 22102
(703) 506-9440 (telephone)
(703) 506-0929 (facsimile)

|  |  |  |
|---|---|---|
| **RICHARD BARTL, CHAPTER 7 TRUSTEE** | ) ) ) ) | |
| | ) | **Adversary Case No. 09-01352-RGM** |
| vs. | ) ) ) | |
| **ROBERT SAMIA** | ) ) ) | |
| **Defendant.** | ) ) | |

**ORDER APPROVING INTERIM
COMPENSATION OF SPECIAL COUNSEL
FOR RICHARD BARTL, CHAPTER 7 TRUSTEE**

THIS MATTER comes before the Court on the Application for Interim Compensation of the Special Counsel for Richard Bartl, Chapter 7 Trustee. Upon consideration of which, it is

ORDERED that the Application for Interim Compensation of Pesner Kawamoto Conway, PLC is GRANTED; and Pesner Kawamoto is awarded $26,093.50 for services rendered and $401.21 expenses in the related Adversary Proceedings, for the period from November 5, 2009 through August 31, 2011. No payment shall be made on this award except upon and in accordance with the approval of the trustee's final report.

Alexandria, Virginia
November 2, 2011

/s/Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Martin C. Conway
Martin C. Conway, VSB No. 34334
PESNER|KAWAMOTO|CONWAY, PLC
7926 Jones Branch Drive, Suite 930
McLean, VA 22102]
(703) 506- 9440
(703) 506- 0929 (Fax)

SEEN AND AGREED:

 /s/ Richard Bartl_____
Richard Bartl,
Chapter 7 Bankruptcy Trustee
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 North Washington Street, Suite 202
Alexandria, VA 2231
(703) 549-5000
(703) 549-5011 (fax)