UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SMITH DEVELOPMENT, INC. | : | Case No. 09-10078-RGM |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | |

### AMENDED ORDER PURSUANT TO NOTICE OF FILING OF TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FIXING TIME FOR REQUESTING A HEARING THEREON (AMENDED TO INCLUDE APPROVED LEGAL FEES)

The Trustee having filed his final report and account, and an opportunity for hearing having been given to all creditors and other parties in interest, and the Court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| RICHARD A. BARTL | $6,250.19 | $351.75 |
| PESNER KAWAMOTO CONWAY, PLC  - Ch 7 | $26,093.50 | $401.21 |
| PESNER KAWAMOTO CONWAY, PLC  - Ch 11 | $51,993.25 | $251.47 |

It is further **ORDERED** that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

It is further **ORDERED** that the balance of funds in the Trustee's possession is to be paid in accordance with the Final Report and Account.

DATED: _____

                                            Robert G. Mayer
                                            U.S. Bankruptcy Judge

I ASK FOR THIS:

/s/ Richard A. Bartl
Richard A. Bartl, Trustee
TYLER, BARTL, RAMSDELL & COUNTS, PLC
300 N. Washington Street, Suite 202
Alexandria, VA  22314
(703) 549-5000

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

_____

SEEN AND NOT OBJECTED TO:

/s/ Michael T. Driscoll
Michael T. Driscoll, Trial Attorney
Office of the U.S. Trustee
115 S. Union Street, #P210
Alexandria, VA  22314
(703) 557-7176

**CERTIFICATE OF MAILING**

    The undersigned deputy clerk of the United States Bankruptcy Court for the Eastern District of Virginia hereby certifies that a copy of this order was mailed this date to the parties set forth above.

DATED: _____             _____