# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

Smith Development, Inc.,                    Case No. 09-10078-KHK
                                             (Chapter 7)
    Debtor.

## ORDER

On February 11, 2020, the Court held a hearing on the Debtor's Motion to Amend (Docket No. 228) this Court's Order Denying the Debtor's Motion to Reopen Case (Docket No. 230). John Lopatto, III appeared on behalf of the Debtor. Robert Jackson appeared for Martin Conway and Pesner, Kawamato, Conway PC. As stated at the hearing, the Court views the Debtor's Motion as a Motion to Reconsider the Court's Order.   Accordingly, for the reasons stated on the record at the hearing, it is **ORDERED** that the Debtor's Motion to Amend the Court's Order Denying Motion to Reopen case is **DENIED**.

Date: Feb 21 2020

/s/ Klinette H. Kindred

Klinette H. Kindred
United States Bankruptcy Judge

**Copy electronically to:**

Entered on Docket: February 24, 2020

John S. Lopatto, III
Martin C. Conway
Robert Jackson
Danny M. Howell