# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br>SMITH DEVELOPMENT, INC. | Case No. 1:20-cv-00212-CMH-JFA<br><br>On Appeal from U.S. Bankruptcy Court for the E.D. of Virginia, Alexandria Division, No. 09-10078 |

## DEBTOR/APPELLANT SMITH DEVELOPMENT INC.'S VOLUNTARY DISMISSAL OF APPEAL FROM RULINGS OF <u>U.S. BANKRUPTCY COURT</u>

Pursuant to Bankruptcy Rule 8023, debtor and appellant Smith Development Inc. voluntarily dismisses its appeal of the U.S. Bankruptcy Court orders of Oct. 9, 2019; Oct. 24, 2019; Feb. 11, 2020; and Feb. 21, 2020.

The parties have agreed that each side will bear its own costs.

Respectfully and Jointly submitted,

/s/John S. Lopatto III, VSB #33980

1776 K St., N.W, Suite 700
Washington, D.C. 20006
202-861-5800/FAX 202-315-3850
Jlopatto3@gmail.com
Attorney for Debtor and Appellant Smith Development Inc.

/s/ Danny M. Howell, VSB #30352

Law Offices of Danny M. Howell, PLLC
200 Little Falls St., Suite 207
Falls Church, VA 22046
703-556-8900/FAX 703-237-1224
danny@dmhowelllawc.om
Attorney for Interested Parties Martin Conway and Pesner Kawamato Conway P.C.

Dated: April 1, 2020

Certificate of Service

      I hereby certify that a copy of the foregoing was served on the following by filing with PACER on April 1, 2020:

Danny M. Howell, Esq.
Law Offices of Danny M. Howell, PLLC
200 Little Falls St., Suite 207
Falls Church, VA 22046

/s/John S. Lopatto III

3